UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALDINE CAMPFIELD,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Civil Action No. 15-cv-1507 (KBJ) |

**ORDER ADOPTING REPORT & RECOMMENDATION
OF MAGISTRATE JUDGE**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Magistrate Judge G. Michael Harvey's [15] Report and Recommendation is A**DOPTED** in its entirety. It is

**FURTHER ORDERED** and that Plaintiff's [8] Motion for Judgment of Reversal is **DENIED**, and Defendant's [10] Motion for Judgment Affirmance is **GRANTED**.

DATE: December 28, 2016

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge